≫PROB 35 (Rev. 5/01)    Report and Order Terminating Supervised Release Prior to Original Expiration Date    CC: USPO

UNITED STATES DISTRICT COURT

FOR THE

Central District of California


FILED
CLERK, U.S. DISTRICT COURT
APR 8, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: BH DEPUTY

UNITED STATES OF AMERICA

v.

Jacqueline Oh

Docket No. CR08-01389-MMM

On July 16, 2014, the above named was placed on supervised release for a period of 36 months. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that the supervised releasee be discharged from supervision.

Respectfully submitted,

MAHOGANY THOMAS
U.S. Probation Officer

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this 7th Day of April, 20 16.

George H. King, Chief U. S. District Judge
United States District Judge